UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK

------------------------------------------------------------------- X

JEREMY GINENTHAL, on behalf of himself and all others similarly situated,

                         Plaintiff,              No. 24-cv-1256 (MMH)

    - against -

TEC BUILDING SYSTEMS LLC,

                         Defendant.

------------------------------------------------------------------- X

## STIPULATION OF DISMISSAL WITH PREJUDICE

Pursuant to Fed. Rule Civ. P. 41(a)(1)(A)(ii) and the parties' settlement agreement, the parties stipulate and agree to dismiss this action with prejudice.

Dated:                                                                   Respectfully submitted,

By: *Michael Palitz*                                  By: /s *Eli Freedberg*
Michael Palitz                                                 Eli Freedberg
SHAVITZ LAW GROUP, P.A.               LITTLER MENDELSON, P.C.
447 Madison Avenue, 6th Floor          900 Third Avenue
New York, NY 10022                           New York, NY 10022
Tel: (800) 616-4000                           Tel: (212) 583-2685
mpalitz@shavitzlaw.com                    efreedberg@littler.com

Attorneys for Plaintiff                            Attorneys for Defendant

The Court declines to retain jurisdiction over this action the purpose of enforcing the terms of the settlement agreement reached between the parties.

                                                                      SO ORDERED.

Dated: October 9, 2025
       Brooklyn, New York

                                                                    s/ **MMH**
                                                         HON. MARCIA M. HENRY
                                                         UNITED STATES MAGISTRATE JUDGE